Scott E. Gizer, Esq., Nevada Bar No. 12216
*sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
*slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
*ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY and
FIDELITY NATIONAL TITLE GROUP, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:20-CV-02156-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**(FIRST REQUEST)** |

COMES NOW defendants Fidelity National Title Group, Inc. (“FNTG”) and Fidelity National Title Insurance Company (“Fidelity”) (collectively “Defendants”) and plaintiff Wells Fargo Bank, N.A. (“Wells Fargo”), by and through their respective attorneys of record, which hereby agree and stipulate as follows:





1. On November 23, 2020 Wells Fargo filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On November 24, 2020, Fidelity removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On December 3, 2020, Wells Fargo served its complaint on Fidelity and FNTG;

4. Fidelity and FNTG's respective responses to Wells Fargo's complaint are currently due on December 24, 2020;

5. Counsel for Defendants request a 30-day extension until Saturday, January 23, 2020 for Defendants to file their respective responses to Wells Fargo's complaint to afford Defendants' counsel additional time to review and respond to Wells Fargo's complaint.

6. Counsel for Wells Fargo does not oppose the requested extension;

7. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

8. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//

//

//

//

//

//

//

//

//

//

//

//

//





**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint is hereby extended through and including January 22, 2020.

Dated: December 16, 2020

SINCLAIR BRAUN LLP

By: *_/s/-Kevin S. Sinclair_*
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE INSURANCE COMPANY and FIDELITY NATIONAL TITLE GROUP, INC.

Dated: December 16, 2020

WRIGHT FINLAY & ZAK, LLP

By: *_/s/-Darren T. Brenner_*
DARRENT T. BRENNER
Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

Dated: December 17, 2020

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE



