Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:20-CV-02156-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO REMAND MOTION AND MOTION FOR FEES** |
| vs. | |
| FIDELITY NATIONAL TITLE GROUP, INC. et al., | **(FIRST REQUEST)** |
| Defendants. | |

Defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff Wells Fargo Bank N.A. ("Wells Fargo") hereby agree and stipulate as follows:

1. On November 23, 2020, Wells Fargo filed its Complaint in the Eighth Judicial District Court, Case No. A-20-825267-C;

2. On November 23, 2020, Fidelity removed the action to this Court;



3. On December 18, 2020, Wells Fargo filed a motion to remand and a motion for fees and costs (ECF Nos. 11 and 12);

4. Fidelity's current deadline to respond to the motions is January 4, 2021;

5. Wells Fargo's motions are based upon the forum defendant rule, 28 U.S.C. § 1441;

6. The parties have mutually agreed to extend Fidelity's deadline to respond to Wells Fargo's motions by approximately 30 days, to further evaluate how the dissolution of defendant Land Title of Nevada, Inc. impacts the motions and the arguments made therein;

7. Wells Fargo does not oppose the extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Fidelity's deadline to respond to Wells Fargo's motion to remand and a motion for fees and costs (ECF Nos. 11 and 12) is hereby extended through and including Wednesday, February 3, 2021.

Dated:  December 30, 2020        SINCLAIR BRAUN LLP

By:  */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE INSURANCE COMPANY and FIDELITY NATIONAL TITLE GROUP, INC.

Dated:  December 30, 2020        WRIGHT FINLAY & ZAK, LLP

By:  */s/-Darren T. Brenner*
DARREN T. BRENNER
Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

Dated this  30th  day of  December  , 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE



**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO MOTIONS**