WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, N.A. as Trustee for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-WCW2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE FOR PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WCW2,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; LAND TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02156-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 17 & 19]**<br><br>**[First Request]** |

Plaintiff Wells Fargo Bank, N.A. as Trustee for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-WCW2 ("Wells Fargo"), Specially-Appearing Defendant Fidelity National Title Group ("Fidelity") and Defendant Fidelity National Title Insurance Company ("FNTIC") (collectively, "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On November 24, 2020, Wells Fargo filed its Complaint in Eighth Judicial District Court, Case No. A-20-825267-C [ECF No. 1-1];

2. On November 24, 2020, FNTIC filed its Petition for Removal to this Court [ECF No. 1];

3. On January 19, 2021, FNTIC filed a Motion to Dismiss [ECF No. 17];

4. On January 20, 2021, Fidelity filed a Motion to Dismiss [ECF No. 19];

5. Wells Fargo's deadline to respond to FNTIC's Motion to Dismiss is currently February 2, 2021 and Wells Fargo's deadline to respond to Fidelity's Motion to Dismiss is currently February 3, 2021;

6. Wells Fargo's counsel is requesting an extension until March 3, 2021, to file its response to the pending Motions to Dismiss;

7. This extension is requested to allow Wells Fargo additional time to finalize and file its response to the pending Motions to Dismiss as lead handling counsel for Wells Fargo continues to recover from an unexpected medical emergency.

8. Counsel for Defendants do not oppose the requested extension;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

9. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 2nd day of February, 2021. | DATED this 2nd day of February, 2021. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Robbins, Esq.* <br> Darren T. Brenner, Esq. <br> Nevada Bar No. 8386 <br> Lindsay D. Robbins, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, Wells Fargo Bank, N.A. as Trustee for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-WCW2* | */s/ Kevin S. Sinclair, Esq.* <br> Kevin S. Sinclair, Esq. <br> Nevada Bar No. 12277 <br> 16501 Ventura Boulevard, Suite 400 <br> Encino, California 91436 <br> *Attorney for Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this 2nd day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE