1

Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*

2

Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*

3

EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP

4

8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148

5

Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

6

7

Kevin S. Sinclair, Nevada Bar Number 12277
 *ksinclair@sinclairbraun.com*

8

SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436

9

Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

10

11

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

12

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

13

14

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

15

16

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

17

18

19

WELLS FARGO BANK, N.A. AS
TRUSTEE FOR PARK PLACE
SECURITIES, INC. ASSET-BACKED
PASS-THROUGH CERTIFICATES, SERIES
2005-WCW2,

20

21

Plaintiff,

22

vs.

23

FIDELITY NATIONAL TITLE GROUP,
INC., et al.,

24

Defendants.

25

26

27

Case No.: 2:20-cv-02156-APG-NJK

**STIPULATION AND PROPOSED
ORDER EXTENDING DEFENDANT
FIDELITY NATIONAL TITLE
INSURANCE COMPANY'S TIME TO
RESPOND TO MOTION FOR
REMAND [ECF No. 11] AND MOTION
FOR FEES AND COSTS [ECF No. 12]**

**(Second Request)**

28


EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND
MOTION FOR FEES AND COSTS

597171.1

1

2      Defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff Wells

3   Fargo Bank N.A. ("Wells Fargo") hereby agree and stipulate as follows:

4      1. On November 23, 2020, Wells Fargo filed its Complaint in the Eighth Judicial District

5   Court, Case No. A-20-825267-C;

6      2. On November 23, 2020, Fidelity removed the action to this Court;

7      3. On December 18, 2020, Wells Fargo filed a motion to remand and a motion for fees and

8   costs (ECF Nos. 11 and 12) (the "Motions");

9      4. Fidelity's current deadline to respond to the Motions is February 3, 2021;

10     5. Wells Fargo's Motions are based upon the forum defendant rule, 28 U.S.C. § 1441;

11     6. The parties have mutually agreed to extend Fidelity's deadline to respond to Wells

12   Fargo's Motions by seven (7) days, to  allow Fidelity to further evaluate whether the dissolution

13   of defendant Land Title of Nevada, Inc. impacts the Motions and its arguments regarding the

14   same;

15     7. Wells Fargo does not oppose the extension;

16     8. This is the second request for an extension which is made in good faith and not for

17   purposes of delay;

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

1

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

597171.1

1    **IT IS SO STIPULATED** that Fidelity's deadline to respond to Wells Fargo's motion to

2    remand and the motion for fees and costs (ECF Nos. 11 and 12) is hereby extended through and

3    including Wednesday, February 10, 2021.

4

5    Dated:  February 2, 2021                    EARLY SULLIVAN WRIGHT
                                                 GIZER & McRAE LLP
6
                                                 By:  __/s/-- Sophia S. Lau_____
7                                                     SCOTT E. GIZER
                                                     SOPHIA S. LAU
8                                                     Attorneys for Defendant FIDELITY
                                                     NATIONAL TITLE INSURANCE
9                                                     COMPANY

10

11   Dated:  February 2, 2021                    SINCLAIR BRAUN LLP

12                                               By:  __/s/-Kevin S. Sinclair_____
                                                     KEVIN S. SINCLAIR
13                                                   Attorneys for Defendant FIDELITY
                                                     NATIONAL TITLE INSURANCE
14                                                   COMPANY

15   Dated:  February 2, 2021                    WRIGHT FINLAY & ZAK, LLP

16                                               By:  __/s/-Darren T. Brenner_____
                                                     DARREN T. BRENNER
17                                                   Attorneys for Plaintiff WELLS FARGO
                                                     BANK, N.A.
18

19   **IT IS SO ORDERED:**

20

21

22   Dated:__February 2, 2021_____      By:_____
                                                     UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND
MOTION FOR FEES AND COSTS**
597171.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.


*/s/ Valerie Segura*
VALERIE SEGURA
An Employee of EARLY SULLIVAN
WRIGHT GIZER & McRAE LLP

EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

3

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

597171.1