UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:20-cv-02156-APG-NJK |
| Plaintiff | **Order Granting Motion to Stay Briefing** |
| v. | [ECF No. 27] |
| FIDELITY NATIONAL TITLE GROUP, INC., et al., | |
| Defendants | |

I ORDER that the plaintiff's motion to stay briefing **(ECF No. 27) is GRANTED**. The deadline for the plaintiff's responses to the defendants' motions to dismiss is stayed pending my ruling on the plaintiff's motion to remand.

DATED this 12th day of February, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE